**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nakita Maxwell, Steven Ables, and Bradley Bell,
Defendants,

Of whom Nakita Maxwell is the Appellant

and

Steven Ables and Bradley Bell are Respondents.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-001005

———————————

Appeal From Oconee County
David E. Phillips, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-358
Submitted October 22, 2025 – Filed October 24, 2025

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville; and Thomas Harper

Collins, of Harper Collins LLC, of Anderson, for Appellant.

Nima Fiuzat, of Easley, for Respondent Steven Ables.

Bradley Bell, of Colbert, Georgia, pro se.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Kimberly Welchel Pease, of Kimberly Welchel Pease, Attorney At Law, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Nakita Maxwell appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Maxwell's counsel.

**AFFIRMED.**[1]

**MCDONALD, HEWITT, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.